In the Matter of the Application of CHARLES S. SMITH et al., Respondents, for a Peremptory Mandamus against THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, Appellant.

*New York city — street closing — mandamus to compel institution of proceedings to determine compensation for injury to property.*

*Matter of Smith* v. *O'Brien,* 209 App. Div. 813, affirmed.

(Argued October 1, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1924, which affirmed an order of Special Term granting a motion for an order of peremptory mandamus to compel the corporation counsel of the city of New York to institute proceedings to determine the compensation to be paid to respondents for injury to their property by reason of the closing and discontinuance of Bronx avenue in the borough of The Bronx, city of New York.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Lawrence E. French* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.